GUTIÉRREZ, DEMANDANTE Y APELADO, *v.* DÍAZ, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Guayama en un caso sobre cobro de honorarios.

MOCIÓN de la parte apelada desistiendo de la demanda por haber sido satisfecha la sentencia y para que se decrete el desistimiento de la apelación.

No. 1102.—Resuelto en abril 14, 1914.

DESESTIMACIÓN DE APELACIÓN—CASOS ORIGINADOS EN LAS CORTES MUNICIPALES—JURISDICCIÓN DEL TRIBUNAL SUPREMO.—Cuando en un caso civil originado en una corte municipal la cuantía de la sentencia apelada únicamente por la parte demandada es inferior a trescientos pesos, carece este tribunal de jurisdicción para conocer del recurso, según el número 2 del artículo 295 del Código de Enjuiciamiento Civil enmendado por Leyes de marzo 9, 1905, y marzo 11, 1908, y procede la desestimación de la apelación.

Los hechos están expresados en la opinión.
Abogado del apelado: *Sr. José C. Ramos.*
Abogado de la apelante: *Sr. V. J. Rodríguez Ortiz.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

El presente caso se originó en la Corte Municipal de Cayey a virtud de demanda interpuesta por Víctor Gutiérrez Ortiz contra Isabel Díaz, viuda de Isidro Rivera, en reclamación de $490 en concepto de honorarios por servicios profesionales que el demandante como médico había prestado a la demandada, y habiendo conocido de dicho caso en grado de apelación la Corte de Distrito de Guayama mediante celebración de nuevo juicio, pronunció sentencia en 14 de junio de 1913 por la que condenó a la demandada a pagar al demandante la suma de $200 sin especial condenación de costas, contra cuya sentencia interpuso la representación de la demandada recurso de apelación para ante esta Corte Suprema.

La parte apelante ha formulado alegato escrito en apoyo

del recurso sin que el apelado lo haya impugnado por escrito u oralmente, pues se ha limitado a solicitar por medio de su abogado en moción notificada al abogado del apelante que se tenga al demandante por desistido de la demanda, toda vez que ha recibido la suma de $200 cuyo pago se ordenó por la sentencia recurrida.

Nada ha alegado la parte apelante en contra de la moción de la apelada, y tampoco ha desistido del recurso por modo expreso.

Aparte de que la consideración y decisión del recurso en su fondo carecería de finalidad práctica, y por ese fundamento podría desestimarse como lo hemos hecho en el día de hoy al decidir el caso No. 1103, también procedente de Guayama, entre Víctor Gutiérrez Ortiz y Miguel Nogueras como albacea testamentario de Isidro Rivera, ocurre en el presente caso que la cuantía de la sentencia apelada es inferior a $300, y, por tanto, carece esta corte de jurisdicción para conocer del recurso, según el número 2 del artículo 295 del Código de Enjuiciamiento Civil, enmendado por Leyes de 9 de marzo de 1905 y 11 de marzo, 1908, y la jurisprudencia establecida en los casos de *Nadal* v. *American Railroad Company of Porto Rico,* y *Martínez* v. *American Railroad Company of Porto Rico,* decididos respectivamente en 14 de noviembre de 1913 y 22 de enero del corriente año.

Procede desestimar el recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.